THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH RICHETSKY, Appellant, against V. A. MORHOUS, as Warden of Great Meadow Prison, et al., Respondents.

Submitted November 16, 1949; decided December 1, 1949.

*Joseph Richetsky,* appellant, in person.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown, Herman N. Harcourt* and *George A. Radz* of counsel), for respondents.

Appeal dismissed upon the ground that the case is not one " where the only question involved on the appeal is the validity of a statutory provision of the state or of the United States under the constitution of the state or of the United States " (N. Y. Const., art. VI, § 7, subd. 2). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.